| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 6 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

OLE HOUGEN,

    Defendant-Appellant.

No. 21-10369

D.C. No. 5:20-cr-00432-EJD-1
Northern District of California, San Jose

ORDER

Before: GOULD and IKUTA, Circuit Judges, and KORMAN,[*] District Judge.

Appellant's petition for rehearing *en banc* has been circulated to the full court and referred to this panel pursuant to Ninth Circuit General Orders 5.4(a) and (b). Judge Gould would deny Appellant's petition for rehearing *en banc*, Judge Korman would recommend denial, and Judge Ikuta would grant the petition.

The full court has been advised of Appellant's petition for rehearing *en banc*, and no judge of the court has requested a vote on it.

Appellant's petition for rehearing *en banc*, Docket No. 70, is DENIED on behalf of the full court.

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.